

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant
State Superintendent of Public Instruction
Austin, Texas

Dear Sir:  Opinion No. O-4147
      Re: Appropriation for college
        entrance examination ex-
        penses.

    In your letter of December 6th you inquired,
"May the State Department of Education continue to
pay the necessary cost of administering this testing
program from fees authorized in Article 2904b of the
Revised Civil Statutes." The testing program referred
to is the giving of college entrance examinations as
provided for in the above Article of the Statutes.

    Article 2904b provides that the State Super-
intendent of Public Instruction shall provide for
holding college entrance examinations and collect a
fee of not more than $1.00 for any four subjects taken,
which shall be turned over to the General Fund of the
State. Section 5 of said article provides as follows:

    "There is hereby appropriated out of
  the General Fund of the State of Texas, not
  otherwise appropriated, so much money as is
  necessary to administer this Act from and
  after its passage for the remaining biennium
  of 1938-39 not to exceed the sum of Six
  Hundred Dollars ($600) and for the regular
  biennium September 1, 1939, to September 1,
  1941, so much as may be necessary to adminis-
  ter this Act not to exceed the sum of Six

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. T. M. Frimble - Page 2

Hundred Dollars ($600) for the fiscal year
1940 and Six Hundred Dollars ($600) for the
fiscal year 1941."

It is the opinion of this department that
the Education Department cannot continue paying for
the administration of this act from fees collected
under Article 2904b since that money must be paid
into the General Fund and it is necessary for an ap-
propriation by the Legislature to authorize the ex-
penditure of this money and no appropriation is pro-
vided for the year beginning September 1, 1941.

Article 8, Section 6 of the Constitution of
the State of Texas provides as follows:

"No money shall be drawn from the
Treasury but in pursuance of specific ap-
propriations made by law; nor shall any
appropriation of money be made for a
longer term than two years, except by
the First Legislature to assemble under
this Constitution, which may make the
necessary appropriations to carry on the
government until the assemblage of the
sixteenth Legislature."

APPROVED DEC 20, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

DDM:BT

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

D. D. Mahon
Assistant



APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN